| AO 10 Rev. 1/2008 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Colloton, Steven M | 2. Court or Organization<br><br>US Ct. of Appeals-8th Circuit | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>110 E. Court Avenue, Suite 461<br>Des Moines, IA 50309-2053 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | James Madison Memorial Fellowship Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 15 P 1: 48 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Colloton_Steven_M

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The First Amendment Center at Vanderbilt University | Feb. 21-24 | Nashville, TN | Moot court competition | Travel, meals, hotel |
| 2. The University of California at Davis Law School | Apr. 18-20 | Davis, CA | Moot court competition | Travel, meals, hotel |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | | | Date of Report |
| Colloton, Steven M | | | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MidWestOne (formerly Iowa State Bank and Trust) - Accounts | D | Interest | M | T | | | | | |
| 2. Vanguard Prime Money Market Fund | A | Dividend | K | T | Sold (part) | 01/02 | L | | |
| 3. Vanguard Insured Long-Term Tax-Exempt Fund Investor Shares | A | Dividend | | | Buy | 01/02 | K | | |
| 4. | | | | | Sold | 12/12 | K | | |
| 5. Vanguard Intermediate Term Tax- Exempt Muni Bond Fund | A | Dividend | K | T | | | | | |
| 6. Vanguard Long-Term Tax- Exempt Fund Investor Shares | A | Dividend | K | T | Buy | 12/12 | K | | |
| 7. Vanguard Ext. Market Index Fund Investor Shares | A | Dividend | K | T | Buy | 01/02 | K | | |
| 8. Vaguard 500 Index Fund Investor Shares | B | Dividend | L | T | Buy | 01/02 | K | | |
| 9. Vanguard Total International Stock Index Fund | A | Dividend | K | T | Buy | 01/02 | K | | |
| 10. UNI, St. Bd. Of Regents Dorm Rev Bonds, 3.375%, Due 7/1/2010 | A | Interest | J | T | | | | | |
| 11. MidWestOne Financial Group Inc. (formerly ISB)-Common Stock | A | Dividend | J | T | | | | | |
| 12. 401(k) - ▆▆▆▆ | | | | | Closed | 05/28 | J | | |
| 13. Calamos Growth Inst Mutual Fund -▆▆▆ | A | Dividend | | | Sold | 05/28 | J | | |
| 14. Fidelity Capital Appreciation -▆▆▆ | A | Dividend | | | Sold | 05/28 | J | | |
| 15. Nationwide Life Insurance Company-Whole Life Policy | A | Dividend | J | U | | | | | |
| 16. Coralville IA, Pbl Imp Gen Ob Bond, 5.375 %, Due 6/1/2023 | A | Interest | J | T | | | | | |
| 17. Coralville IA, Pbl Imp Gen Ob Bond, 5.375 %, Due 6/1/2012 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Coralville IA, Urban Renewal Tax Alloc Bond, 5%, Due 6/1/21 | A | Interest | | | Redeemed | 06/01 | J | | |
| 19. West Des Moines IA, Pbl Imp Gen Ob Bond 3.4%, Due 6/1/2011 | A | Interest | J | T | | | | | |
| 20. U of IA, Rec Facs Rev Bond, 4.1%, Due - 7/1/2019 | A | Interest | J | T | | | | | |
| 21. U of IA, Rec Facs Rev Bond, 4.5%, Due - 7/1/2027 | A | Interest | J | T | | | | | |
| 22. U of IA, Rev Acad Bldg Bond, 4%, Due - 7/1/2017 | A | Interest | J | T | Buy | 06/19 | J | | |
| 23. State Univ IA Univ Rev Bond, 4%, Due - 7/1/2018 | A | Interest | K | T | Buy | 08/28 | K | | |
| 24. Principal Bank - Account | C | Interest | L | T | | | | | |
| 25. FNBO Direct - Account | B | Interest | L | T | Open | 08/21 | L | | |
| 26. HSBC - Account | A | Interest | L | T | Open | 09/30 | L | | |
| 27. College Savings Iowa 529 Plan | A | Dividend | K | T | Open | 01/03 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 4, line 1 - During 2008 Iowa State Bank & Trust merged into MidWestOne.

2) Part VII, page 4, lines 4 and 6 - On December 12, 2008, the Vanguard Insured Long-Term Tax-Exempt Fund, Investor Shares merged into the Vanguard Long-Term Tax-Exempt Fund, Investor Shares.

3) Part VII, page 4, line 11 - On March 19, 2008, Iowa State Bank & Trust merged into MidWestOne. During the Corporate Merger, ▮▮▮▮▮ of ISB Financial Corp Common Stock were exchanged for ▮▮▮▮▮ of MidWestOne Financial Group Inc. Common Stock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544